### 14712. WOOD *et al. v.* THE STATE.

BROYLES, C. J. 1. Where A, B, and C, acting independently and without concert of action, shoot at D, and the latter is killed, and where A and B are tried under an indictment for the murder of D, and where the evidence does not demand a finding that the deceased was shot and killed by A and B, or by either of them, a verdict finding them guilty of shooting at another is not contrary to law, provided the offense of shooting at another is sufficiently charged in the indictment. This ruling is not contrary to the decision in *Fontana* v. *State*, 152 *Ga.* 422 (107 S. E. 254).

2. The excerpts from the charge of the court, complained of in the motion for a new trial, are not error for any reason assigned.

3. The verdict was authorized by the evidence, and the overruling of the motion for a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 25, 1923.

Conviction of shooting at another; from Fulton superior court — Judge Hutcheson presiding. May 19, 1923.

*J. O. Ewing, C. J. Graham, W. I. Heyward,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, R. H. Pharr,* contra.

---

### 14729. HOGUE *v.* THE STATE.

LUKE, J. The evidence amply authorized the verdict; none of the special grounds of the motion for a new trial shows reversible error, and, therefore, the refusal of the trial court to grant the defendant another trial was not error.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 25, 1923.

Indictment for making liquor; from Whitfield superior court — Judge Tarver. May 12, 1923.

*George G. Glenn, John C. Mitchell, W. Gordon Mann,* for plaintiff in error.

*Joseph M. Lang, solicitor-general,* contra.